1148

No. 98–8674. SANDERS v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8676. MARTINEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8678. MINNIECHESKE v. SHAWANO COUNTY ET AL. Ct. App. Wis. Certiorari denied.

No. 98–8679. MOORE v. SAPP ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8682. JONES v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8690. WHITE v. GIBSON, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 98–8691. WHITSEY v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8695. HURNS v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–8703. RATLIFF v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8720. CREEL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8727. WICKLIFFE v. INDIANA. C. A. 7th Cir. Certiorari denied.

No. 98–8730. BASS v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8732. WILLIAMS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.